UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JASON ST. PIERRE, | ) | No. CV 16-5789 VAP (FFM) |
| Petitioner, | ) ) ) | |
| v. | ) | JUDGMENT |
| STU SHERMAN, California Substance Abuse Treatment Facility Warden | ) ) ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Summarily Dismissing Petition for Lack of Subject Matter Jurisdiction,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: Aug 23, 2016

VIRGINIA A. PHILLIPS
United States District Judge